# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Gregory Vincent Smith, #353524, ) | C/A No.: 1:14-3161-RBH-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Christopher Phillips; Cpl. T. Wilson; ) | |
| Peggy E. Spivey; Crystal Hodge; and ) | |
| Jim Matthews, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the court on the motion of Defendants Peggy E. Spivey, Crystal Hodge, and Jim Matthews ("Moving Defendants") to compel Gregory Vincent Smith ("Plaintiff") to produce responses to their First Set of Interrogatories and First Requests for Production served on September 24, 2014. [Entry #30]. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by Fed. R. Civ. P. 26. Moving Defendants indicate that they have not received any responses to the discovery requests to date. *Id*. In light of the foregoing, the court grants the motion to compel. Plaintiff is directed to provide responses to the discovery request by November 26, 2014.

IT IS SO ORDERED.

November 12, 2014                                Shiva V. Hodges
Columbia, South Carolina                         United States Magistrate Judge